Chris Pociask

                                       Plaintiff,

v.                                                                                 Case No.: 1:09−cv−05054
                                                                                       Honorable Joan H. Lefkow

Midland Credit Management, Inc., et al.

                                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 24, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing set for 10/15/2009 at 09:30 AM.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.