IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS POCIASK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 09 C 5054 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Magistrate Judge Schenkier |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: Those Listed on the Attached Certificate of Service.

    PLEASE TAKE NOTICE that on **October 13, 2009, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Joan Humphrey Lefkow or any judge sitting in her stead, in the courtroom usually occupied by her in Room 1925 of the Dirksen Federal Courthouse, and will then and there present the attached **Midland Credit Management, Inc.'s Unopposed Motion for Second Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

                              Respectfully submitted,

                              MIDLAND CREDIT MANAGEMENT, INC.

                        By:    /s Raechelle Delarmente
                              One of its attorneys

Anna-Katrina S. Christakis
Raechelle Delarmente
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard
Suite 715
Chicago, Illinois 60604
Phone: (312) 939-6580
Fax: (312) 939-0983

**CERTIFICATE OF SERVICE**

        Raechelle Delarmente, an attorney, certifies that on October 6, 2009, she electronically filed the foregoing **Notice of Motion of Midland Credit Management, Inc.'s Unopposed Motion for Second Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Daniel A. Edelman, dedelman@edcombs.com

    Cassandra P. Miller, cmiller@edcombs.com

    Gregory R. Dye, gdye@bhlmlaw.com


                                                /s Raechelle Delarmente


Anna-Katrina S. Christakis
Raechelle Delarmente
GRADY PILGRIM CHRISTAKIS BELL LLP
53 West Jackson Boulevard
Suite 715
Chicago, Illinois 60604
Phone: (312) 939-0920
Fax: (312) 939-0983