**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRIS POCIASK, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 5054 |
| | ) | |
| vs. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| BLATT, HASENMILLER, LEIBSKER & | ) | Judge Lefkow |
| MOORE, LLC | ) | |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

## DEFENDANT BLATT, HASENMILLER, LEIBSKER & MOORE, LLC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC ("Blatt"), and by and through its undersigned attorneys and for its Motion for Extension of Time to Respond to plaintiff's Complaint, states as follows:

1. Plaintiff filed this complaint on August 17, 2009 and served it upon Blatt on August 17, 2009.

2. Blatt's responsive pleading to the Complaint was due on September 8, 2009

3. Blatt filed and was granted a motion for extension of time up to an including October 6, 2009 to review relevant documents, retain counsel, and prepare its response to plaintiff's complaint.

4. Blatt now requests an additional 30 days to file its response.

5. Plaintiff has agreed to the extension of time.

6. Therefore, Blatt requests additional time, up to and including November 5, 2009, to file their responsive pleading to plaintiff's Complaint.

7. This is Blatt's second request for an extension of time.

WHEREFORE, Defendants respectfully requests this Court grant an extension of time, up to and including November 5, 2009, for defendant to file their responsive pleading to plaintiff's Complaint and award whatever further relief this Court deems just and appropriate.

Dated: October 6, 2009

Respectfully Submitted,

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

By: ___/s/ Gregory R. Dye___
    One of its Attorneys

BLATT, HASENMILLER, LEIBSKER & MOORE, LLC
125 S. Wacker, Suite 400
Chicago, Illinois 60606
(312) 704-9333 Phone
(312) 704-9430 Fax
gdye@bhlmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2009 I electronically filed the foregoing **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
Phone (312) 739-4200
Fax   (312) 419-0379


AnnA-Katrina S. Christakis
Raechelle Delarmente
Grady Pilgrim Christakis Bell, LLP
53 West Jackson Blvd, Suite 715
Chicago, IL 60604
(312) 939-6580