IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS POCIASK, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 5054 |
| | ) | |
| vs. | ) | |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| BLATT, HASENMILLER, LEIBSKER & | ) | Judge Lefkow |
| MOORE, LLC | ) | |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

     PLEASE TAKE NOTICE that on October 13, 2009 at 9:30a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Joan Humphrey Lefkow, or any judge sitting in her stead, in Courtroom 1925, at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant Blatt, Hasenmiller, Leibsker & Moore, LLC's Agreed Motion For Extension Of Time To Respond To Plaintiff's Complaint, a copy of which is hereby served upon you.

                                                Respectfully Submitted,

Dated: October 6, 2009

                                                BLATT, HASENMILLER, LEIBSKER &
                                                MOORE, LLC

                                                By:     /s/ Gregory R. Dye
                                                      One of its Attorneys

                                                BLATT, HASENMILLER, LEIBSKER &
                                                MOORE, LLC
                                                125 S. Wacker, Suite 400
                                                Chicago, Illinois 60606
                                                (312) 704-9333 Phone
                                                (312) 704-9430 Fax
                                                gdye@bhlmlaw.com

CERTIFICATE OF SERVICE

       I, the undersigned attorney, certify that I filed this Notice and the documents referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

                                      By:     /s/ Gregory R. Dye