Chris Pociask
                Plaintiff,

v.                               Case No.: 1:09−cv−05054
                                            Honorable Joan H. Lefkow

Midland Credit Management, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant's motions for extension of time to 11/5/2009 to answer or otherwise plead [21] and [23] are granted. Status hearing reset from 10/15/2009 to 11/17/2009 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.