**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRIS POCIASK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 09-cv-5054 |
| v. | ) | |
| | ) | Judge Lefkow |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| BLATT, HASENMILLER, LEIBSKER & | ) | Magistrate Judge Schenkier |
| MOORE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**    (See attached service list.)

     **PLEASE TAKE NOTICE** that on Tuesday November 3, 2009 at 9:30a.m., we will appear before the Honorable Judge Joan Lefkow in Room 1925 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**

                                                                       s/ Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on October 29, 2009, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will notify the following:

Anna-Katrina S. Christakis
Raechelle Delarmente
Grady Pilgrim Chirstakis Bell LLP
53 West Jackson Boulevard
Suite 715
Chicago, IL 60604

Gregory Dye
Blatt, Hasenmiller, Leibsker & Moore, LLC
125 S. Wacker Drive Suite 400
Chicago, IL 60606

                                            s/ Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)