# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS POCIASK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 09 C 5054 |
| v. | ) | |
| | ) | Judge Lefkow |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Magistrate Judge Schenkier |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

___

| | | |
|---|---|---|
| JEANETTE R. THORNTON, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 5685 |
| | ) | |
| v. | ) | Judge Ronald A. Guzman |
| | ) | Magistrate Judge Nan R. Nolan |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

___

| | | |
|---|---|---|
| LILLIAN ROMAN, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 5872 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | Magistrate Judge Morton Denlow |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

# NOTICE OF MOTION

**TO:**   (See attached service list.)

     **PLEASE TAKE NOTICE** that on Tuesday November 3, 2009 at 9:30a.m., we will appear before the Honorable Judge Joan Lefkow in Room 1925 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION TO REASSIGN RELATED CASES.**

                                              s/ Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

# CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on October 29, 2009, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will notify the following:

Anna-Katrina S. Christakis
Raechelle Delarmente
Grady Pilgrim Chirstakis Bell LLP
53 West Jackson Boulevard
Suite 715
Chicago, IL  60604

Gregory Dye
Blatt, Hasenmiller, Leibsker & Moore, LLC
125 S. Wacker Drive Suite 400
Chicago, IL  60606

I, Daniel A. Edelman, further certify that I caused copies of the foregoing to be served upon the following individuals by electronic mail:

David M. Schultz
Corinne C. Heggie
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081


s/ Daniel A. Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)