Chris Pociask

                              Plaintiff,

v.                                                               Case No.: 1:09−cv−05054
                                                                Honorable Joan H. Lefkow

Midland Credit Management, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2009:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for leave to file amended complaint [26] is withdrawn. Plaintiff's motion to reassign case [28] is withdrawn.Telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.