Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5054 | **DATE** | 11/4/2009 |
| **CASE TITLE** | Pociask vs. Midland Credit Management, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Case dismissed with leave to move to reinstate on or before 12/4/2009. Absent a timely motion to reinstate, this order will become final on 12/4/2009 and dismissal will be deemed a dismissal with prejudice. Status hearing of 11/17/2009 stricken. Civil Case Terminated.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|