IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS POCIASK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 09 CV 5054 |
| v. ) | |
| ) | Judge Lefkow |
| MIDLAND CREDIT MANAGEMENT, INC., ) | |
| BLATT, HASENMILLER, LEIBSKER & ) | Magistrate Judge Schenkier |
| MOORE, LLC, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

Counsel has reported that this matter has been settled. Accordingly, this action is hereby dismissed with leave to move to reinstate on or before December 4, 2009. Absent a timely motion to reinstate, this order will be come final on December 4, 2009

DATE: 11-4-09

ENTER: _____
Judge Joan Humphrey Lefkow